IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA, ABINGDON DIVISION

| | |
|---|---|
| BUCHANAN COUNTY, <br> COMMONWEALTH OF VIRGINIA, <br><br> Plaintiff, <br><br> v. <br><br> EQT PRODUCTION COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:11cv00004 <br> ) <br> ) <br> ) <br> ) <br> ) |

### MOTION FOR JUDGMENT ON THE PLEADINGS

The defendant ("EQT") moves the court for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), on grounds that the ordinance upon which plaintiff's claim depends, which is exhibited with the complaint, is invalid on its face because it does not comply with state law.  Therefore, the complaint does not state a claim upon which relief can be granted.

The grounds are set out in detail in the accompanying memorandum.

EQT PRODUCTION COMPANY

By Counsel

Abingdon: 797773-1

2

Stephen M. Hodges
 VSB No. 1220
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212
540/628-5151

By *Stephen M. Hodges*
      Stephen M. Hodges

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Lawrence L. Moise III, Esq. and Steven R. Minor, Esq.

          */s/ Stephen M. Hodges*
           Stephen M. Hodges

Abingdon: 797773-1